IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $67,350.00 IN<br>U.S. CURRENCY, SEIZED FROM<br>DELTA NATIONAL BANK SAFE<br>DEPOSIT BOX NUMBER 23052,<br><br>             Defendant. | 1:05-cv-01559-AWI-SMS<br><br>**SCHEDULING CONFERENCE ORDER**<br><br>[*in rem* civil forfeiture action; counsel agree case **STAYED** for six (6) months, to September 15, 2006, pending resolution of related criminal action of 1:05-cr-00205-AWI*] |

1.  Date of Scheduling Conference:

    March 9, 2006.

2.  Appearances of Counsel:

    Assistant United States Attorney Kristi C. Kapetan appeared on behalf of plaintiff.

    Anthony P. Capozzi, Esq., appeared on behalf of defendant.

----------

*Counsel erroneously indicated on page 3, line 17 of the Joint Scheduling Report, filed March 2, 2006, that the related criminal action is assigned to Judge Wanger. However, the correct case number/initials of 1:05-cr-00205-AWI should be noted by counsel.

1        3.   The Pleadings:
2             A.   Summary of the Pleadings.
3                  This is an *in rem* civil forfeiture action.  In its verified complaint for forfeiture *in rem*, the government alleges that the defendant property constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, all proceeds traceable to such an exchange and/or were used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq.*, offenses punishable by more than one year imprisonment and are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881 (a)(6).

                  The defendant funds were seized on land in the Eastern District of California on or about June 7, 2005.  On or about June 16, 2005, a Grand Jury in the Eastern District of California indicted Jason Patrick Joseph Lombardo, Gaylia Lombardo, and Zachary David Folkes with violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), 18 U.S.C. § 2 ~ Conspiracy to Distribute MDMA ("Ecstasy"), 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), 18 U.S.C. § 2 ~ Possession of MDMA ("Ecstasy") with intent to distribute, Aiding and Abetting, among other drug-related charges.  The criminal case, 1:05-cr-00205-OWW, is pending before Judge Wanger.

                  Claimants, Justin Lombardo and Gaylia Lombardo, claim they are the innocent owners of the defendant funds.
              B.   Orders Re: Amendment of Pleadings.
                   No amendments are proposed at this time.
///
//
/

2

1       4.   Factual Summary:
2            A.   Admitted Facts which are deemed proven without
3  further proceedings.
4                 (1)  The defendant funds were seized on land in the
5  Eastern District of California on June 7, 2005, by the Drug
6  Enforcement Administration upon the execution of Federal search
7  warrant of Safe Deposit Box #23052 at Delta National Bank.
8            B.   Contested Facts.
9                 (1)  Whether claimants Justin Lombardo and Gaylia
10 Lombardo are innocent owners of the defendant funds.
11                (2)  Whether the defendant funds were derived from
12 lawful means.
13      5.   Legal Issues:
14           A.   Uncontested.
15                (1)  Jurisdiction pursuant to 28 U.S.C. §§ 1345 and
16 1355, and 21 U.S.C. § 881.
17                (2)  Venue pursuant to 28 U.S.C. § 1395.
18           B.   Contested.
19                (1)  Whether the defendant funds were intended to be
20 used to facilitate one or more violations of 21 U.S.C. § 841 *et*
21 *seq*.
22                (2)  Whether the defendant funds were furnished or
23 intended to be furnished in exchange for a controlled substance or
24 were the proceeds traceable to such an exchange.
25                (3)  Whether Justin Lombardo and Gaylia Lombardo
26 are innocent owners of the defendant funds.
27 *//*
28 */*

6. Request for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial:

Not necessary.

7. Related Matters Pending:

<u>United States v. Jason Lombardo, et al.</u>
1:05-cr-00205-AWI

Plaintiff requests, and defendant agrees, that the above-captioned case be STAYED for six (6) months, to September 15, 2006, pending the resolution of the criminal action noted directly above.

IT IS SO ORDERED.

**Dated:   March 9, 2006**              /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE